# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-5351-R**                               **DATE: MAY 6, 2009**

**TITLE: ACS RECOVERY SERVICES INC -V- SIDNEY TRAN et al**
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                     <u>    N/A    </u>
**Deputy Clerk**                                     **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                          Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON MAY 18, 2009 AT

11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

DEFENDANT TO FILE AN ANSWER OR PLAINTIFFS TO

OBTAIN ENTRY OF DEFAULT OF DEFENDANT. PRESENCE OF

COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO APPEAR

WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record (by optical scanning)


**MINUTES FORM II**                                  Initials of Deputy Clerk  __WH__
**CIVIL - GEN**                        D-M